**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01711-PAB-CBS

MADINA BUHENDWA,

    Plaintiff,
v.

REGIONAL TRANSPORTATION DISTRICT,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 18] of Judge Philip A. Brimmer entered on March 22, 2013 it is

**ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand [Docket No. 13] is **GRANTED**. It is

**FURTHER ORDERED** that plaintiff's claims pursuant to 42 U.S.C. § 1983, 42 U.S.C. § 1981, and Title VI are dismissed for failure to state a claim. It is

**FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1367(c)(3), plaintiff's state law claim is dismissed without prejudice. It is

**FURTHER ORDERED** that judgment shall enter in favor of the Defendant and against the Plaintiff.  It is

**FURTHER ORDERED** that this case is closed in its entirety.

DATED at Denver, Colorado, this 27th day of March, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK


                By: <u>s/Edward P. Butler</u>
                    Edward P. Butler
                    Deputy Clerk